UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Daniel Casanova

   v.                                           Civil No. 12-cv-43-SM

John J. Seusing, et al.

### O R D E R

Pro se plaintiff Daniel Casanova has filed a letter, which the court construes as a motion, requesting a hearing on the complaint filed in this matter (doc. no. 8), and a motion for appointment of counsel (doc. no. 10). Both motions are denied as moot, without prejudice to refiling should the court not accept the report and recommendation dismissing this action.

    SO ORDERED.

                                                      _____
                                                      Landya McCafferty
                                                      United States Magistrate Judge

June 5, 2012

cc:   Daniel Casanova, pro se

LBM:jkc